# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RICKEY COLLEY                                                                                   PLAINTIFF

v.                              CASE NO. 3:09CV00211 JTK

MICHAEL J. ASTRUE,
*Commissioner,* Social Security Administration                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 21ST day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE